JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JAN 22 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 831

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEW MEXICO NATURAL GAS ANTITRUST LITIGATION (NO. II)

<u>Public Service Company of New Mexico, et al. v. Meridian Oil Inc., et al.</u>, D. New Mexico, C.A.No. Civ-88-0519-SC
<u>Southern Union Exploration Company v. Public Service Company of New Mexico, et al.</u>, N.D. Texas, C.A. No. CA3-87-0219-D
<u>Sheila Brewer, et al. v. Southern Union Exploration Company, et al.</u>, D. Colorado, C.A. No. 83-F-1173
<u>Public Service Company of New Mexico v. Southern Union Exploration Company, et al.</u>, D. Colorado, C.A. No. 83-F-1175

ORDER DEEMING MOTION WITHDRAWN

On January 18, 1990, the Panel received a request by movants to withdraw their motion involving the above-referenced actions.

IT IS THEREFORE ORDERED that the motion filed by plaintiffs Public Service Company of New Mexico and Sheila Brewer be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman